UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM TYRRELL,              ) | |
|     Plaintiff,              ) | |
|                       ) | No. 1:14-cv-62 |
| -v-                     ) | |
|                       ) | HONORABLE PAUL L. MALONEY |
| GREGG MICHAUD,           ) | |
| L. SCOTT MARIER,          ) | |
| STATE OF MICHIGAN, AND  ) | |
| DANIEL ATKINSON,         ) | |
|     Defendants.           ) | |

## **JUDGMENT**

Having granted the motion for summary judgment filed by Defendants Gregg Michaud, L. Scott Marier, Daniel Atkinson, and the State of Michigan, and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, *see Gillis v. United States*, 729 F.3d 641 (6th Cir. 2013), **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   March 11, 2015                         /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge